IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RADFORD                                                                                    PLAINTIFF
ADC #89900

VS.                                          5:17CV00116-BRW-JJV

VIVIAN BROOKS, LPN,
Tucker Maximum Security Unit; *et al.*                                                      DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in their entirety.

Accordingly, Defendant Griffin is DISMISSED from this action without prejudice. Plaintiff may proceed on his claims against Defendants Brooks, Johnson, Wooten, Whitmore, Gaines, Sanders, and Byers.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 17th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE