IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TOMMY RADFORD**                                                   **PLAINTIFF**
**ADC #89900**

v.                             **5:17CV00116-BRW-JJV**

**VIVIAN BROOKS, LPN,**
Tucker Maximum Security Unit; *et al.*                              **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in their entirety.

Plaintiff will proceed on his claim of deliberate indifference regarding his blood pressure medication and monitoring against Defendants Brooks, Johnson, Wooten, Whitmore, Sanders, Sail, and Mosely.

The excessive force claim against Defendant Sanders, and his related medical care claim against Defendant Jack, are DISMISSED without prejudice.

Plaintiff's claim regarding failure to treat mouth sores against Defendants Nunn, Montgomery, Burl, and Young is DISMISSED without prejudice.

Defendants Gaines, Byers, Nunn, Montgomery, Burl, Young, and Jack are DISMISSED from this action without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 4th day of August, 2017.

                                          /s/ Billy Roy Wilson _____
                                          UNITED STATES DISTRICT JUDGE