IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TOMMY RADFORD**  PLAINTIFF
**ADC #89900**

v.  **5:17CV00116-BRW-JJV**

**VIVIAN BROOKS, LPN,**
Tucker Maximum Security Unit; *et al.*  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, the Clerk amend the docket to reflect the full and correct names of Defendants Shana Whitmore and Cyndella Wooten. (Doc. No. 7 at 1.)

ADC Defendants' Motion for Summary Judgment (Doc. No. 31) is GRANTED and Plaintiff's claims against them are DISMISSED without prejudice for failure to exhaust administrative remedies.

The Medical Defendants' Motion for Partial Summary Judgment (Doc. No. 34) is GRANTED and Plaintiff's claims against them are limited to the incidents raised in the six exhausted grievances.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

IT IS SO ORDERED this 30th day of August, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE