# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**TOMMY RADFORD**  
**ADC #89900**                                                                                           **PLAINTIFF**

**VS.**                                    **5:17CV00116-BRW**

**VIVIAN BROOKS, LPN,**  
**Tucker Maximum Security Unit;** *et al.*                                          **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, the Clerk of the Court is directed to amend the docket to reflect the full and correct names of Jasmine Saih and Leona Mosby.

Any claims against Defendants Saih and Mosby that are outside the scope of the six exhausted grievances are DISMISSED WITHOUT PREJUDICE.

Defendants' Motion for Summary Judgment (Doc. No. 62) is GRANTED, and this case is DISMISSED.

Plaintiff's claims against Defendants Brooks, Johnson, Wooten, Whitmore, Saih, and Mosby are DISMISSED WITH PREJUDICE.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations and the accompanying Judgment would not be taken in good faith.

IT SO ORDERED this 7th day of February, 2018.

/s/ Billy Roy Wilson _____  
UNITED STATES DISTRICT JUDGE