# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TOMMY RADFORD**                                                                    **PLAINTIFF**
**ADC #89900**

**VS.**                                    **5:17-CV-00116-BRW**

**VIVIAN BROOKS, LPN,**
**Tucker Maximum Security Unit;** *et al.*                               **DEFENDANTS**

## **JUDGMENT**

Based on the Order entered today, case is DISMISSED with prejudice – except for the claims specifically dismissed without prejudice.

I certify pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of February, 2018.

                                                    /s/ Billy Roy Wilson_____
                                                    UNITED STATES DISTRICT JUDGE